1 | Philip H. Stillman, Esq. SBN# 152861
2 | STILLMAN & ASSOCIATES
3015 North Bay Road, Suite B
3 | Miami Beach, Florida 33140
Tel. and Fax:  (888) 235-4279
4 | pstillman@stillmanassociates.com

5 | Attorneys for Defendant JWMFE ANAHEIM, LLC.

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL ARROYO,<br><br>                 Plaintiff<br>v.<br><br>JWMFE ANAHEIM, LLC., a Delaware Limited Liability Company, and Does 1-10,<br><br>                 Defendants. | Case No.: 8:21-cv-00014 CJC(KESx)<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT**<br><br>Date:        February 22, 2021<br>Time         1:30 PM<br>Courtroom:   9B<br><br>Hon. Cormac J. Carney |

**TO PLAINTIFF AND HIS ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE THAT on February 22, 2021, or as soon thereafter as the matter may be heard in Courtroom 9B of the above-entitled court, Defendant JWMFE ANAHEIM, LLC will and hereby does move to dismiss the Complaint in its entirety, pursuant to Fed. R. Civ. P. 12(b)(6). All of the asserted claims arise from Plaintiff's visit to a third party reservations website (the "Website"), and Plaintiff's claim that the Website fails to provide sufficient information about the accessible features in the accessible guestrooms in violation of the Americans with Disabilities Act and California's Unruh Civil Rights Act. As a matter of law, Plaintiff has failed to state a claim against Defendant because he does not allege that Defendant failed to make accessibility information about its Hotel available to the third-party reservation site, Expedia.com, that is the basis of Plaintiff's complaint.  Furthermore, the Complaint lacks sufficient factual allegations under applicable pleading standards to establish a plausible entitlement to relief with respect to any of the claims asserted.

This motion is based on this Notice and the accompanying Memorandum of Points and Authorities, Request for Judicial Notice, all pleadings and documents on file herein, and on such other and further evidence as may be presented at or before the hearing on this matter.

This motion is made following the conference of counsel which took place on December 4, 2020.

WHEREFORE, Defendant JWMFE ANAHEIM, LLC respectfully requests that this Court dismiss the Complaint with prejudice and without leave to amend.

                Respectfully Submitted,

                STILLMAN & ASSOCIATES

Dated: January 15, 2021           By:_____
                                          Philip H. Stillman, Esq.
                          Attorneys for Defendant JWMFE ANAHEIM, LLC

# PROOF OF SERVICE

I, the undersigned, certify under penalty of perjury that on January 15, 2021 or as soon as possible thereafter, copies of the foregoing Motion to Dismiss, Memorandum of Points and Authorities, the Request for Judicial Notice and Proposed Order was served electronically by the Court's ECF notice to all persons/entities requesting special notice or otherwise entitled to the same.

By: /s/ *Philip H. Stillman*
Attorneys for Defendant
JWMFE ANAHEIM, LLC

Motion to Dismiss Complaint           -1-